# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES STOKES, | : |
| | : C.A. No.   1:19-cv-02014 LPS |
| PLAINTIFF, | : |
| | : |
| v. | : TRIAL BY JURY OF TWELVE |
| | : DEMANDED |
| MARKEL AMERICAN INSURANCE | : |
| COMPANY, a foreign corporation, | : |
| | : |
| DEFENDANT. | : |

## DEFENDANT MARKEL AMERICAN INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant Markel American Insurance Company hereby opposes Plaintiff's Motion for Summary Judgment. The grounds for this opposition are set forth in Markel American Insurance Company's Answering Brief in Opposition of Plaintiff's Motion for Summary Judgment, which is filed concurrently with this motion.

**WHITE AND WILLIAMS LLP**

*/s/ Timothy S. Martin*
**TIMOTHY S. MARTIN (#4578)**
**DARYLL HAWTHORNE-SEARIGHT (#6520)**
Courthouse Square
600 N. King Street, Suite 800
Wilmington, DE 19801
(302) 467- 4509
Martint@whiteandwilliams.com
Counsel for Defendant,
*Markel American Insurance Company*

Dated: September 13, 2021

27738675v.1