# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES STOKES, | : |
| | : C.A. No. 1:19-cv-02014-SB |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MARKEL AMERICAN | : |
| INSURANCE COMPANY, | : |
| a foreign corporation, | : |
| | : |
| Defendant. | : |

## PLAINTIFF'S NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that James Stokes, the Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Third Circuit from the attached Order dated March 8, 2023, which became appealable following the entry of the attached Order dated May 7, 2025, granting Mr. Stokes' Post-Judgment Motion. Mr. Stokes also appeals the May 7, 2025 Order.

Respectfully submitted,

**SALMON RICCHEZZA SINGER & TURCHI LLP**

*/s/ Kyle R. Brady*
Kyle R. Brady, Esq. (DE ID #6763)
222 Delaware Avenue, 11th Floor
Wilmington, DE 19801
Phone: (302) 655-4290
Fax:    (302) 655-4291
kbrady@srstlaw.com
*Attorney for Plaintiff, James Stokes*

Dated: June 6, 2025

OF COUNSEL:

**NEBLETT LAW GROUP**
David A. Neblett, Esq. (Admitted *Pro Hac Vice*)
James M. Mahaffey, III, Esq. (Admitted *Pro Hac Vice*)
2550 South Bayshore Drive, Suite 211
Miami, FL 33133

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES STOKES

            *Plaintiff*,

v.

MARKEL AMERICAN
INSURANCE COMPANY
*a foreign corporation*

            *Defendant*.

No. 1:19-cv-02014-SB-MPT

## ORDER

1. I **GRANT** Defendant's motion to dismiss with prejudice (D.I. 133) Counts II–VII of the First Amended Complaint (D.I. 130).

Dated: March 8, 2023

                                                           UNITED STATES CIRCUIT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES STOKES,

    *Plaintiff,*

v.

    No. 1:19-cv-02014-SB

MARKEL AMERICAN
INSURANCE CO.,

    *Defendant.*

### ORDER

1. I **GRANT** Plaintiff's motion for pre-judgment interest. Interest shall be calculated from October 12, 2018, at the rate of 2.54%, compounding every three months.

2. I **GRANT** Plaintiff's motion for post-judgment interest, which shall be calculated using the terms of 28 U.S.C. § 1961.

3. I **PARTIALLY GRANT** Plaintiff's motion for costs. Within fourteen days of this order, Plaintiff shall file a bill of costs that satisfies District of Delaware Local Rule 54.1. Within fourteen days of that filing, Defendant may file specific objections to any items therein, per Local Rule 54.1

4. I **DENY** Plaintiff's motion for attorney's fees.

5. I **DENY** Plaintiff's motion to reopen the case.

Dated: May 7, 2025.

                                                                UNITED STATES CIRCUIT JUDGE