IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES STOKES,

    *Plaintiff,*

v.

MARKEL AMERICAN
INSURANCE CO.,

    *Defendant.*

No. 1:19-cv-02014-SB

### ORDER

1. I **ORDER** plaintiff's counsel to file an explanation within 14 days of this order showing cause why they should not be sanctioned under 28 U.S.C. § 1927 or Federal Rule of Civil Procedure 11(b)(1)–(3) for the conduct described in the accompanying opinion.

Dated: November 14, 2025.

                                                UNITED STATES CIRCUIT JUDGE