IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES STOKES,

     *Plaintiff,*

     v.

MARKEL AMERICAN
INSURANCE CO.,

     *Defendant.*

No. 1:19-cv-02014-SB

### ORDER

1. Under 28 U.S.C. § 1927, I **ORDER** Stokes's Florida counsel to pay Markel American's reasonable excess costs, expenses, and attorney's fees related to plaintiff's counsel's (1) improper motion in limine, (2) pursuit of a barred theory, (3) pursuit of damages for dismissed claims, and (4) bill-of-costs request, as described in the accompanying memorandum opinion [D.I. 216].

2. Markel American shall, within twenty-one days of this order, **SUBMIT** a petition itemizing (with necessary factual support) its excess costs, expenses, and attorney's fees related to the conduct listed above.

3. Plaintiff's counsel may respond to Markel American's petition within twenty-one days of its filing.

Dated: May 15, 2026.

_____
UNITED STATES CIRCUIT JUDGE