**White and Williams LLP**

**Timothy S. Martin**

600 N. King Street, Suite 800 | Wilmington, DE 19801
Direct 302.467.4509 | Fax 302.467.4549
martint@whiteandwilliams.com | whiteandwilliams.com

June 5, 2026

The Honorable Stephanos Bibas
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801-3555

**RE:    Stokes v. Markel American Insurance Company**
**C.A. No. 1:19-cv-02014-SB**
**Support for Sanctions Award**

Dear Judge Bibas :

My law firm co-represents Markel American Insurance Company ("MAIC") in this matter.  On behalf of MAIC, we submit this letter and the attached billing documentation in response to the Court's May 15, 2026 Memorandum Opinion imposing sanctions on Plaintiff's counsel.  This submission details and supports the time billed with respect to each of the four categories of sanctionable conduct identified by the Court.  White and Williams partially redacted some entries to obscure those entries that are not part of MAIC's submission.  Moreover, MAIC has filed a motion for leave to file this submission under seal so as to prevent the public disclosure of protected commercial information.

White and Williams billed $42,541.50 on responding to extra work made by Plaintiff's counsel. *See* WW Billing Sheets (Ex. A).  The hourly rate changed during this litigation so we provide the average hourly rate for each attorney.

| Billkeeper | Amount Billed | Hours Billed | Average Hourly Rate |
|---|---|---|---|
| Tim Martin, Esq. | $8,726.50 | ███ | ███ |
| Daryll Bernardo-Hawthorne, Esq. | $28,353.50 | ███ | ███ |
| Marc Penchansky, Esq. | $5,461.50 | ███ | ███ |

Connecticut | Delaware | Maryland | Massachusetts | New Jersey | New York | Pennsylvania | Rhode Island

51998508v.2

The Honorable Stephanos Bibas
June 5, 2026
Page 2

| Total | $42,541.50 | ████ | ████ |
|---|---|---|---|

Hamilton, Miller & Birthisel billed $1,073 on responding to extra work made by Plaintiff's counsel. *See* HMB Affidavit and Matter Ledger Report (Ex. B).

| Billkeeper | Amount Billed | Hours Billed | Average Hourly Rate |
|---|---|---|---|
| Krista Fowler Acuna, Esq. | $1,073 | ██ | ████ |

The total amount billed to MAIC to address the four categories is $43,614.50 ($42,541.50 + $1,073.00).

As the Court recognized in its Opinion imposing sanctions, this is not the first time in which it sanctioned Stokes's counsel. Op. at 4. Because of that prior sanction, the Court declined to impose additional penalties for counsel's failure to provide an appropriate witness and exhibit list. *Id.* The Court first sanctioned Plaintiff's counsel $500 on February 5, 2025, yet counsel has not paid it. Accordingly, MAIC respectfully requests that the Court direct counsel to satisfy that sanction and grant such further relief as it deems just.

MAIC further requests that the Court award the reasonable costs it has incurred tabulating the costs associated with responding to Plaintiff counsel's sanctioned conduct. Although the Court's prior Order did not expressly include these expenses, awarding them would help make MAIC whole. To that end, White and Williams has incurred $5,548.50 in costs. WW Supplemental Billing Sheets (Ex. C).

| Billkeeper | Amount Billed | Hours Billed | Hourly Rate |
|---|---|---|---|
| Tim Martin, Esq. | $3,154.00 | ██ | ████ |
| Marc Penchansky, Esq. | $2,199.50 | ██ | ████ |
| Jenna Brady (paralegal) | $195 | ██ | ████ |

MAIC, through its counsel, respectfully requests that the Court award the amounts set forth above, together with such other and further relief as it deems just and appropriate. If this Court decides to grant all requested fees, the total would be at least $49,663.00 ($43,614.50 + $500.00 +

The Honorable Stephanos Bibas
June 5, 2026
Page 3

$5,548.50).  We appreciate the Court's consideration of this submission and stand ready to provide any additional information, documentation, or clarification the Court may require.

Very truly yours,

**WHITE AND WILLIAMS LLP**


*/s/ Timothy S. Martin*
Timothy S. Martin (#4578)
Marc L. Penchansky (Admitted Pro Hac Vice)


TSM/MLP

cc:    All counsel of record (via e-file)
       The Honorable Judge Bibas (via e-file and FedEx)

51998508v.2