## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JAMES STOKES,

    *Plaintiff,*

v.

MARKEL AMERICAN
INSURANCE CO.

    *Defendant*

NO.: 1:19-cv-02014-SB

---

## PRAECIPE RELATED TO ACTIONS OF COUNSEL FOR PLAINTIFF

Plaintiff, James Stokes, Sr. ("Plaintiff"), pro se, hereby notices this honorable Court that in light of the Court's recent Memorandum Opinion sanctioning counsel for Plaintiff David Neblett, Plaintiff would like to notice the court of further egregious and unconscionable conduct of Mr. Neblett.

Following the award of judgment for the Plaintiff and the award by this Court of pre and post judgment interest, and the bill of costs, the Defendant, Market American Insurance Inc. has paid to David Neblett the entirety of all amounts awarded in this case, equaling $767,942.71. Those funds were paid by Defendant to Mr. Neblett in three tranches: the first on May 5, 2025, the second on October 22, 2025 and the last on November 3, 2025. Mr. Neblett has refused to release any portion of those funds to Plaintiff, claiming absurdly, that he is entitled to retain the entire balance of all amounts recovered as his fees. Plaintiff has filed suit against Mr. Neblett in Florida for malpractice (among other claims), however, Mr. Neblett's conduct is so bizarre, so outrageous and so patently and obviously wrong, the Plaintiff requests to the Court if the Court cannot use its

1

authority over Mr. Neblett in this matter to cause Mr. Neblett to pay over those amounts awarded in this case to Plaintiff. Mr. Neblett's conduct has been so outrageous, so improper, and so vexatious that the Court, acting in its role as an overseer of those who practice law before it, may exercise its oversight role by further sanctioning Mr. Neblett and enter orders that he pay over the sum of $767,942.71 to Plaintiff. Therefore, to the extent that Mr. Neblett believes he is entitled to compensation, he can certainly bring whatever claims he believes he might have against Plaintiff.

A copy of the lawsuit filed in Florida is attached hereto as Exhibit A as well as two emails which support that Neblett never told me Markel sent the interest after I pointed out that we had not received the interest when in fact he had it in his account. I also included an email from me asking for the status of the bill which I asked for in just about every phone conversation with him only to be told he would put something together. I never ever received an invoice from him throughout the seven-year period. Attached is also a recent correspondence from Markel's attorneys showing the payments made to Mr. Neblett is attached as Exhibit B.

Dated: May 19, 2026

Respectfully submitted,

James Stokes, pro se
Telephone: 202-319-1636
1636 Connecticut Avenue NW
Suite 400
Washington, DC 20009
Email: jim@stoladi.com
Plaintiff

2